1 | SEYFARTH SHAW LLP
Steven W. Flanders (SBN: 206563)
2 | 560 Mission Street, Suite 3100
San Francisco, California 94105
3 | Telephone: (415) 397-2823
Facsimile: (415) 397-8549
4 |
BANIAK PINE & GANNON
5 | Michael A. Baniak
Jeffrey A. Pine
6 | 150 North Wacker Drive, Suite 1200
Chicago, Illinois 60606
7 | APPEARING *PRO HAC VICE*

8 | Attorneys for Plaintiff
FRISKIT, INC.

9 |
UNITED STATES DISTRICT COURT

10 |
NORTHERN DISTRICT OF CALIFORNIA

11 |

12 | FRISKIT, INC.,                          ) Case No. CV 03-5085 WWS
                                          )
13 |         Plaintiff,                    ) [PROPOSED] ORDER GRANTING
                                          ) SUBSTITUTION OF COUNSEL
14 |     v.                                )
                                          )
15 | REALNETWORKS, INC. and LISTEN.COM,    )
                                          )
16 |         Defendants.                   )
                                          )
17 | _____)

18 |         IT IS HEREBY ORDERED that Plaintiff Friskit, Inc.'s Substitution of Counsel of Steven

19 | W. Flanders, Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105,

20 | (415) 397-2823 in place and stead of Jesse L. Miller, former attorney of Seyfarth Shaw LLP, as

21 | its attorney of record in the captioned matter is GRANTED.

22 |         IT IS SO ORDERED.

23 | DATED:   July 20, 2005

24 |                                    By_____
                                          WILLIAM W. SCHWARZER
                                          United States District Judge

25 | SF1 28214623.1 / 37332-000002

26 |

27 |

28 |
                                          1
[Proposed] Order Granting Substitution of Counsel / Case No. CV 03-5085 WWS