**FAXED**

# E-Filing



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FRISKIT, INC., a Delaware corporation,

Plaintiff(s),

v.

REALNETWORKS, INC., a Washington corp., LISTEN.COM, a California corp.

Defendant(s).

CASE NO. CV-03-5085-WWS

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JAMES J. DeCARLO _____, an active member in good standing of the bar of NEW YORK _____, whose business address and telephone number is Greenberg Traurig LLP, 200 Park Ave., New York, NY 10166; (212) 801-6729 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Non-Party Yahoo!, Inc. _____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Aug. 8, 2005

_____
WILLIAM W. SCHWARZER
United States District Judge