**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FRISKIT, INC.,

      **Plaintiff,**

      v.

REALNETWORKS, INC., et al.,

      **Defendants.**

_____/

NO. C 03-05085 WWS

**ORDER DENYING APPEAL OF MAGISTRATE JUDGE MARIA-ELENA JAMES'S ORDER GRANTING MOTION COMPEL DEPOSITION OF ROBERT GLASER**

      Having reviewed defendants' appeal from the order of Magistrate Judge James granting the motion to compel the deposition of Robert Glaser, as well as the order and counsel's joint letter regarding the motion to compel, the Court finds and concludes that the order is not clearly erroneous or contrary to law.  Accordingly, the appeal is denied.

      The Court further orders counsel to appear for a status conference on **Tuesday, October 4, 2005 at 10:30 a.m.  in Courtroom 14, at 450 Golden Gate Avenue, 18th Floor, San Francisco, California**.  Counsel are requested to submit by September 28, 2005, separate status conference

1   statements, not to exceed ten pages, describing the issues in controversy and the anticipated

2   discovery and other proceedings.

3          **IT IS SO ORDERED.**

4

5   Dated:  August 29, 2005

6                                                        WILLIAM W SCHWARZER
                                                         SENIOR UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

2