QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
    davidperlson@quinnemanuel.com
  Deepak Gupta (Bar No. 226991)
    deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700


  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
REALNETWORKS, INC. AND LISTEN.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRISKIT, INC.,<br><br>            Plaintiff,<br>    v.<br><br>REALNETWORKS, INC., et al.<br><br>            Defendants. | **CASE NO. 03 05085 (WWS)**<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PORTION OF A DOCUMENT UNDER SEAL**<br><br>Judge: Hon. Maria-Elena James |

1  Having considered Defendants RealNetworks' and Listen.com's ("RealNetworks")
2  Administrative Motion to File Document Under Seal, pursuant to Civil L.R. 7-11 and 79-5, and
3  GOOD CAUSE APPEARING THEREFOR:
4  IT IS HEREBY ORDERED THAT the portion of the following document that quotes from
5  the deposition transcript of Aviv Eyal shall be filed under seal:

**Joint Letter Brief Regarding Defendants' Motion to Compel**

DATED: September 6, 2005        By: _____
The Honorable Maria-Elena James
United States Magistrate Judge



[PROPOSED] ORDER GRANTING DEF.'S MOTION FOR FILING DOC'S UNDER SEAL
Case No. C 03 05085 (FMS)                    2                           50750/80983