# E-Filing

BANIAK PINE & GANNON
 Jeffrey A. Pine
pine@bpglaw.com
150 N. Wacker Drive
Suite 1200
Chicago, Illinois 60606
Telephone:   (312) 673-0360
Facsimile:    (312) 673-0361

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
 Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
 David Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
 Deepak Gupta (Bar No. 226991)
deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:    (415) 875-6700

SEYFARTH SHAW LLP
 Steven Flanders (Bar. No. 206563)
sflanders@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive
Suite 560
Redwood Shores, California 94065
Telephone:  (650) 620-4500
Facsimile:    (650) 620-4555

Attorneys for Plaintiff, FRISKIT,
INC.

Attorneys for Defendants
REALNETWORKS, INC. AND
LISTEN.COM

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>REALNETWORKS, INC., et al.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. CV 03-5085-WSS

**STIPULATION AND [PROPOSED]
ORDER REGARDING EXPERT
REPORT SCHEDULE**

**Judge: Honorable William W. Schwarzer**

WHEREAS, on August 29, 2005, the Court ordered the parties to appear for a status conference on Tuesday, October 4, 2005 at 10:30 a.m.;

WHEREAS, the Court further ordered the parties to submit by September 28, 2005, separate status conference statements describing the issues in controversy and the anticipated discovery and other proceedings;

WHEREAS, Plaintiff Friskit, Inc. ("Friskit" or "Plaintiff") and Defendants RealNetworks, Inc. and Listen.com ("Real") agree that the current date for exchanging of expert reports, September 16, 2005, should be extended due to the further discovery that both parties desire to take;

WHEREAS, the parties will meet and confer to attempt to work out an agreed revised schedule and, if the parties are unable to reach agreement, the parties will each provide their proposed schedules in their September 28, 2005 separate status conference statements for consideration by the Court;

WHEREAS, the October 4 status conference will be subsequent to the September 16 date for exchanging expert reports;

WHEREAS, the parties do not wish to prepare and serve expert reports that will likely require supplementation or amendment when further discovery is taken;

NOW THEREFORE IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel of record, as follows:

1.      The September 16, 2005 date for exchanging expert reports shall be vacated.

2.      The parties will address a new schedule for expert discovery at the October 4, 2005 status hearing and contemplate setting a new schedule at that time.

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT REPORT SCHEDULE
Case No. CV 03-5085 WSS
87028.1                                                2

1

2    By:  /s/ Jeffrey A. Pine          By:  /s/ Evette D. Pennypacker
          Michael H. Baniak                  Charles K. Verhoeven
3         Jeffrey A. Pine                    Deepak Gupta
          BANIAK PINE & GANNON               QUINN EMANUEL URQUHART
4         150 N. Wacker Drive                OLIVER & HEDGES, LLP
          Suite 1200                         50 California Street, 22nd Floor
5         Chicago, Illinois 60606            San Francisco, California 94111
          Telephone:  (312) 673-0360         Telephone: (415) 875-6600
6         Facsimile:   (312) 673-0361        Facsimile:   (415) 875-6700

7
          Jesse L. Miller (SBN: 183229)      Evette D. Pennypacker
8         SEYFARTH SHAW LLP                  QUINN EMANUEL URQUHART
          101 California Street              OLIVER & HEDGES, LLP
9         Suite 2900                         555 Twin Dolphin Drive, Suite 560
          San Francisco, California 94111-5858   Redwood Shores, California 94065
10        Telephone:  (415) 397-2823         Telephone:  (650) 620-4500
          Facsimile:   (415) 397-8549        Facsimile:   (650) 620-4555
11
          Attorneys for Plaintiff            Attorneys for Defendants
12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED, this 23d day of September, 2005.

14
                                    _____
15                                  Honorable William W. Schwarzer
                                    United States District Judge
16                                  Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT REPORT SCHEDULE
Case No. CV 03-5085 WSS
87028.1                                    3

1

## ATTESTATION OF E-FILED SIGNATURE

2

3   I, David A. Perlson, attest that signatory Jeffrey A. Pine has read and approved the

4   **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT REPORT**

5   **SCHEDULE** and consents to its filing in this action.

6

7
                                    /s/ *David A. Perlson*
8                                   David A. Perlson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28