1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  FRISKIT, INC.,                        No. C  03-5085 WWS (MEJ)

10              Plaintiff,               ORDER DIRECTING THE PARTIES TO SUBMIT
                                         ALL DISCOVERY DISPUTES IN WRITING
11      vs.

12  REALNETWORKS, INC., and
    LISTEN.COM.,
13
                Defendants.
14  _____

15

16      The parties are ORDERED to submit in writing *all* outstanding discovery disputes by TODAY,

17  September 29, 2005, at 5 p.m.  The Court shall receive only one document containing all the discovery

18  disputes.

19      IT IS SO ORDERED.

20

21                                       _____
    Dated:  September 29, 2005
22                                       MARIA-ELENA JAMES
                                         United States Magistrate Judge
23

24

25

26

27

28

United States District Court

For the Northern District of California