IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WWS (MEJ) |
| Plaintiff, | **ORDER AMENDING THE COURT'S OCTOBER 6, 2005, ORDER RE: JULY 29, 2005, DISCOVERY DISPUTE AND SEVEN LETTER BRIEFS DATED SEPTEMBER 29, 2005.** |
| vs. | |
| REALNETWORKS, INC., and LISTEN.COM., | |
| Defendants. | |

The Court hereby amends the compliance dates contained in the October 6, 2005, Order. The parties are to comply with all the directives contained in the Court's October 6, 2005, Order no later than **Friday, October 14, 2005.**

**IT IS SO ORDERED.**

Dated: October 10, 2005

MARIA-ELENA JAMES
United States Magistrate Judge