IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WWS (MEJ) |
| Plaintiff, | **ORDER REGARDING SUPPLEMENTAL RESPONSES TO REAL'S THIRD SET OF INTERROGATORIES NO. 20 - 23** |
| vs. | |
| REALNETWORKS, INC., and LISTEN.COM., | |
| Defendants. | |

    Both parties agree that supplemental responses to Real's Third Set of Interrogatories no. 20-23 are in order. The dispute centers around the timeliness of the responses. The Court hereby ORDERS Friskit to supplement the responses no later than Friday, October 14, 2005.

**IT IS SO ORDERED.**

Dated: October 11, 2005

MARIA-ELENA JAMES
United States Magistrate Judge