IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>REALNETWORKS, INC., and LISTEN.COM.,<br><br>  Defendants. | No. C 03-5085 WWS (MEJ)<br><br>**ORDER**<br><br>**TELEPHONIC CONFERENCE CALL SCHEDULED FOR 10/28/2005 AT 10:30 A.M. IS HEREBY VACATED**<br><br>**ORDER FOR ALL PARTIES TO MEET AND CONFER IN CHAMBERS ON WEDNESDAY, NOVEMBER 2, 2005, AT 1:00 P.M.** |

  Defendants requested a telephonic conference call in order to receive the Court's guidance with the enforcement of this Court's Order regarding documents recovered from Plaintiff's Storage Locker.  Upon informing Plaintiff of the storage locker issue, Plaintiff requested the Court's guidance with the enforcement of the production of Defendants' Source Code.  Upon informing the Defendants of the Source Code issue, a number of other disputes were brought to the Court's attention.  In light of the on-going discovery disputes among the parties, the Court hereby orders the following:

  1) The telephonic conference call scheduled for 10/28/2005 is hereby VACATED;

  2) All parties are ORDERED to meet and confer in Chambers at 450 Golden Gate Avenue, 15th Floor, San Francisco, on Wednesday, November 2, 2005, at 1:00 p.m. with respect to **all**

outstanding discovery disputes. The parties are to note that any new discovery matters unrelated to discovery disputes already submitted to this Court will not be heard, as the discovery cut off for this case has already lapsed.

**IT IS SO ORDERED**.

Dated: October 27, 2005

_____
MARIA ELENA JAMES
United States Magistrate Judge

2