**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>REALNETWORKS, INC., and LISTEN.COM.,<br><br>    Defendants. | No. C 03-5085 WWS (MEJ)<br><br>**ORDER RESCHEDULING THE MEET AND CONFER TO MONDAY, OCTOBER 31, 2005, AT 9:30 A.M.** |

Due to a scheduling conflict, the Court hereby reschedules the November 2, 2005, meet and confer date to **Monday, October 31, 2005, at 9:30 a.m.** to be held in Chambers at 450 Golden Gate Avenue, 15th Floor, San Francisco.

**IT IS SO ORDERED**.

Dated: October 27, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge