United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WWS (MEJ) |
| Plaintiff, | **ORDER REGARDING PARTIES' OCTOBER 31, 2005, MEET AND CONFER IN CHAMBERS** |
| vs. | |
| REALNETWORKS, INC., and LISTEN.COM., | |
| Defendants. | |

Parties were ORDERED to meet and confer in Chambers due to on-going discovery disputes. As a result of the meet and confer and the Court's intervention, the Court hereby ORDERS the following:

1) Plaintiff is to produce the privilege log by Wednesday, November 2, 2005, at 9:00 a.m.

2) Plaintiff is to identify the names on the privilege log.

3) The issues relating to the Deposition of Michael Larson and Piers Haken are under submission.

4) All outstanding discovery disputes related to matters previously submitted to this Court shall be submitted in letter brief format pursuant to this Court's Standing Order by November 8,

2005. This matter is set for a hearing on Thursday, November 17, 2005, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 31, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge