IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WWS (MEJ) |
| Plaintiff, | **ORDER** |
| vs. | **DEPOSITION OF MICHAEL LARSON AND PIERS HAKEN** |
| REALNETWORKS, INC., and LISTEN.COM., | |
| Defendants. | |

The parties were ORDERED to meet and confer in Chambers due to on-going discovery disputes. This Court issued an Order on October 31, 2005. However, the Court took under submission the issues relating to the Deposition of Michael Larson and Piers Haken. After conferring with Judge Schwarzer the Court hereby rules as follows:

Piers Haken

Haken's deposition was noticed and scheduled to take place on November 3, 2005. The Court hereby ORDERS the Haken's deposition to go forward as scheduled.

Michael Larson

The Court hereby ORDERS the deposition of Michael Larson to take place NO LATER than

Friday, November 18, 2005.

**IT IS SO ORDERED.**

Dated:  November 2, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2