ORIGINAL

RECEIVED

05 NOV 10 PH 12:47

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**    **FILED**

**NORTHERN DISTRICT OF CALIFORNIA**    NOV 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Friskit, Inc.

                Plaintiff(s),

             v.

REALNETWORKS, INC., and LISTEN.
COM

               Defendant(s). /

CASE NO.  CV 03-5085-WWS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Anuj K. Wadhwa _____, an active member in good standing of the bar of

Illinois _____, whose business address and telephone number is Baniak Pine &

Gannon, 150 N. Wacker Dr., Chicago, IL 60606; Telephone:  312-673-0360 _____, having

applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Friskit, Inc. _____.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

*vice*.  Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/14/05 _____

                                      _____
                                United States District    Judge