ORIGINAL

RECEIVED
05 NOV 10 PM 12:45
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**FILED**
NOV 14 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Friskit, Inc.

Plaintiff(s),

v.

REALNETWORKS, INC., and LISTEN.COM

Defendant(s).

CASE NO. CV 03-5085-WWS

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew F. Pratt, an active member in good standing of the bar of Illinois and Washington, whose business address and telephone number is Baniak Pine & Gannon, 150 N. Wacker Dr., Chicago, IL 60606; Telephone: 312-673-0360, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Friskit, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/14/05

_____
United States District Judge