IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WWS (MEJ) |
| Plaintiff, | **ORDER VACATING THE HEARING SCHEDULED FOR NOVEMBER 17, 2005** |
| vs. | |
| REALNETWORKS, INC., and LISTEN.COM., | |
| Defendants. | |

The Court is in receipt of the various letter briefs dated November 8, 2005. Upon review of the documents, the Court finds no reason to hold a hearing. Therefore, the Court hereby VACATES the hearing scheduled for November 17, 2005, and will issue an order based on the letter briefs submitted.

**IT IS SO ORDERED.**

Dated: November 15, 2005

MARIA-ELENA JAMES
United States Magistrate Judge