IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WSS (MEJ) |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE PROPOSED PROTECTIVE ORDER FOR DR. A.J. NICHOLS** |
| vs. | |
| REALNETWORKS, INC., and LISTEN.COM., | |
| Defendants. / | |

On December 22, 2005, this Court appointed Dr. A.J. Nichols as the Court's Independent Expert. Due to the confidentiality of the materials Dr. Nichols will have access to in making a recommendation to this Court on the issues of production of Real's Source Code and Friskit's responses to Real's Second Set of Interrogatories, the parties shall e-file a proposed protective order that complies with Civil Local Rule 79-5 no later than January 3, 2006. The parties shall also email the proposed order, in Word or Wordperfect format, to mejpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: December 23, 2005

MARIA-ELENA JAMES
United States Magistrate Judge