| | |
|---|---|
| Michael H. Baniak | Charles K. Verhoeven |
| Jeffrey A. Pine | David A. Perlson |
| Anuj K. Wadhwa | Deepak Gupta |
| BANIAK PINE & GANNON | Quinn Emanuel Urquhart Oliver |
| 150 N. Wacker Drive, Suite 1200 | & Hedges, LLP |
| Chicago, Illinois  60606 | 50 California Street, 22nd Floor |
| Telephone:       (312) 673-0360 | San Francisco, California  94111 |
| Facsimile:        (312) 673-0361 | Telephone:  (415) 875-6600 |
| | Facsimile:         (415) 875-6700 |
| Francis J. Torrence | Evette D. Pennypacker |
| SEYFARTH SHAW LLP | Quinn Emanuel Urquhart Oliver |
| 560 Mission Street,  Suite 3100 | & Hedges, LLP |
| San Francisco, California  94105 | 555 Twin Dolphin Drive, Suite 560 |
| Telephone:       (415) 397-2823 | Redwood Shores, California 94065 |
| Facsimile:        (415) 397-8549 | Telephone:       (650) 801-5025 |
| Attorneys for Plaintiff | Facsimile:        (650) 801-5100 |
| FRISKIT, INC. | Attorneys for Defendants |
| | REALNETWORKS, INC. AND LISTEN.COM |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | Case No. CV 03-5085 WWS |
| Plaintiff, | |
| | Judge William W. Schwarzer |
| v. | |
| REALNETWORKS, INC., and LISTEN.COM, | Magistrate Judge James |
| Defendants. | **STIPULATION AND [*PROPOSED*] ORDER TO CONTINUE FILING OF DEFENDANTS' RESPONSE TO FRISKIT'S STATEMENT REGARDING THE PRODUCTION OF SOURCE CODE** |

Pursuant to Civil Local Rules 6-2 and 7-1, plaintiff Friskit, Inc. ("Friskit") and defendants RealNetworks, Inc. and Listen.com ("RealNetworks"), through their counsel of record, hereby stipulate to continue the filing of Defendants' Response to Friskit's Statement Regarding the Production of Source Code.

1   WHEREAS pursuant to the Court's December 23, 2005 Order, Friskit's Statement Regarding the

2   Production of Source Code was due on January 6, 2005 and Defendants' Response to Friskit's Statement

3   Regarding the Production of Source Code is to be due on January 17, 2006;

4   WHEREAS, due to a miscommunication between the parties regarding the actual service of the

5   unredacted statement, Real's counsel requested more time to respond to Friskit's Statement;

6   WHEREAS Friskit agreed to allow Real until January 19, 2006, to provide its Response, pending

7   the Court's approval;

8   NOW THEREFORE, pursuant to Civil L.R. 6-2 and 7-1, the parties hereby stipulate, by and

9   through their respective counsel of record, that Real's Response to Friskit's Statement Regarding the

10   Production of Source Code be continued to January 19, 2006.

**IT IS SO STIPULATED:**

By: /s/ *Jeffrey A. Pine*
    Michael H. Baniak
    Jeffrey A. Pine
    Anuj K. Wadhwa
    BANIAK PINE & GANNON
    150 N. Wacker Drive, Suite 1200
    Chicago, Illinois  60606
    Telephone:  (312) 673-0360
    Facsimile:   (312) 673-0361

    Francis J. Torrence
    SEYFARTH SHAW LLP
    560 Mission Street,  Suite 3100
    San Francisco, California  94105
    Telephone:  (415) 397-2823
    Facsimile:   (415) 397-8549

    Attorneys for Plaintiff
    FRISKIT, INC.

By: /s/ *David A. Perlson*
    Charles K. Verhoeven
    David A. Perlson
    Deepak Gupta
    Quinn Emanuel Urquhart Oliver
      & Hedges, LLP
    50 California Street, 22nd Floor
    San Francisco, California  94111
    Telephone: (415) 875-6600
    Facsimile:   (415) 875-6700

    Evette D. Pennypacker
    Quinn Emanuel Urquhart Oliver
      & Hedges, LLP
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065
    Telephone: (650) 801-5025
    Facsimile:   (650) 801-5100

    Attorneys for Defendants
    REALNETWORKS, INC. AND LISTEN.COM

Please submit one copy of the response directly to chambers. The second copy of the response should be directly submitted to the Court's independent expert, Dr. A.J. Nichols at the following address:

    Probitas Corporation
    27 Preston Road, Woodside, CA 94062

**IT IS SO ORDERED:**

Dated: __January 17, 2006_____



_____
MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation and [*Proposed*] Order To Continue Filing of Defendants' Response to Friskit's Statement Regarding the Production of Source Code
Case No. CV 03-5085 WWS

3

**AFFIRMATION OF E-FILED SIGNATURE**

I, Jeffrey A. Pine, attest that signatory, David A. Perlson, has read and approved the STIPULATION AND [*PROPOSED*] ORDER REGARDING FILING OF DEFENDANTS' RESPONSES TO FRISKIT'S STATEMENT REGARDING THE PRODUCTION OF SOURCE CODE and consents to its filing in this action.

/s/ *Jeffrey A. Pine*