IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REALNETWORKS, INC., and LISTEN.COM.,<br><br>　　　　Defendants. | No. C 03-5085 WWS (MEJ)<br><br>**ORDER GRANTING REALNETWORKS' REQUEST FOR LEAVE TO DEPOSE GEORGE APOSPOROS, GILA SAND, AND AVIV EYAL**<br><br>**ORDER RE: FRISKIT'S MOTION FOR PARTIAL RECONSIDERATION** |

　　　　Pending before the Court is Real's Request for Leave to Depose George Aposporos, Gila Sand, and Aviv Eyal.  After careful consideration of the parties' respective positions and review of the applicable law, the Court finds good cause to permit the depositions and hereby **GRANTS** Real's Request for Leave to Depose the above-named individuals.  Real is hereby **ORDERED** to notice and serve the depositions by Friday, February 3, 2006, at 5:00 p.m., and all depositions shall be completed by February 16, 2006, in accordance with Judge Schwarzer's December 15, 2005, Order.

**IT IS FURTHER ORDERED** that each deposition <u>shall not</u> exceed seven hours and each party shall bear their own cost.

　　　　Also pending before the Court is Friskit's Motion for Partial Reconsideration of Magistrate Judge James' December 2, 2005, Order.  Said motion is under submission and a ruling will be issued forthwith.

　　　　**IT IS SO ORDERED.**

Dated: February 2, 2006

　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge