IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WWS (MEJ) |
| Plaintiff, | |
| v. | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |
| REALNETWORKS, INC., and LISTEN.COM, | |
| Defendants. | |

The Court is in receipt of Defendants' Request for Discovery Conference, filed February 9, 2006. Good cause appearing, the Court shall conduct a telephonic conference on February 10, 2006 at 2:30 p.m. PST. At the time of the conference, the parties shall jointly contact chambers at (415) 522-4698.

**IT IS SO ORDERED.**

Dated: February 9, 2006

MARIA-ELENA JAMES
United States Magistrate Judge