IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRISKIT, INC.,   No. C 03-5085 WWS (MEJ)

        Plaintiff,

  v.   **ORDER AFTER TELEPHONIC DISCOVERY CONFERENCE**

REALNETWORKS, INC., and LISTEN.COM,

        Defendants.

        On February 10, 2006, the Court held a telephonic discovery conference in this matter. Pursuant to discussions at the conference, the Court hereby ORDERS as follows:

1) The depositions scheduled for February 15 and 16, 2006 shall take place at the offices of Quinn, Emanuel, Urquhart, Oliver & Hedges;

2) Good cause exists to continue the deposition deadline to March 3, 2006, and to extend the expert report supplementation cut-off to March 20, 2006.  Accordingly, the parties shall file a stipulated request before Judge Schwarzer to permit this case management deadline extension; and

3) The parties shall meet and confer **in person** on the de-designation issue no later than February 16, 2006.  If the parties are unable to reach an agreement, Defendant shall provide its portion of a joint letter within seven days of the meet and confer, and Plaintiff shall provide its response within seven days from receipt of Defendant's portion.

**IT IS SO ORDERED.**

Dated: February 10, 2006

MARIA-ELENA JAMES
United States Magistrate Judge