IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WWS (MEJ) |
| Plaintiff, | **MOTION TO COMPEL DE-DESIGNATION OF EVIDENCE AS CONFIDENTIAL** |
| vs. | **HEARING SET FOR MARCH 30, 2006, AT 10:00 A.M.** |
| REALNETWORKS, INC., and LISTEN.COM., | |
| Defendants. | |

The above entitled matter is scheduled for hearing on Thursday, March 30, 2006, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 13, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
For the Northern District of California