QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
    davidperlson@quinnemanuel.com
  Deepak Gupta (Bar No. 226991)
    deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
REALNETWORKS, INC. AND LISTEN.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRISKIT, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>REALNETWORKS, INC., et al.,<br><br>        Defendants. | CASE NO. 03 05085 (WWS)<br><br>[*PROPOSED*] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL |

1  Having considered Defendants RealNetworks, Inc.'s and Listen.com's ("Real")
2  Administrative Motion to File Documents Under Seal, pursuant to Civil L.R. 7-11 and 79-5, and
3  GOOD CAUSE APPEARING THEREFOR:
4
5  IT IS HEREBY ORDERED THAT the following documents shall be filed under seal:
6  Defendants RealNetworks and Listen.com's Motion to Dismiss.
7  Exhibits A, B, C, D, F, O, P, Q, R, S, T, U, V, W, X, Z, AA, BB, DD, EE, FF, GG, HH, II,
   JJ, KK, & MM attached to the Declaration of David A. Perlson in Support of Defendants'
8  Motion to Dismiss.
9  Declaration of Gloria McFarland and the exhibits attached thereto.
10
11 DATED: March 22, 2006
12
13                                        _____
                                          The Honorable William W. Schwarzer
14                                        United States District Judge

50750/1849104.1

Case No. 03 05085 (WWS)
[Proposed] Order Granting Defendants' Motion to Seal Documents