| | |
|---|---|
| BANIAK PINE & GANNON<br>  Michael H. Baniak<br>  Jeffrey A. Pine<br>  Anuj K. Wadhwa<br>150 N. Wacker Drive<br>Suite 1200<br>Chicago, Illinois 60606<br>Telephone:  (312) 673-0360<br>Facsimile:      (312) 673-0361<br>SEYFARTH SHAW LLP<br>  Francis J. Torrence (SBN: 154653)<br>560 Mission Street, Suite 3100<br>San Francisco, California  94105<br>Telephone:  (415) 397-2823<br>Facsimile:   (415) 397-8549<br><br>Attorneys for Plaintiff, FRISKIT, INC. | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  David Perlson (Bar No. 209502)<br>  Deepak Gupta (Bar No. 226991)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:  (415) 875-6600<br>Facsimile:      (415) 875-6700<br>  Evette D. Pennypacker (Bar No. 203515)<br>555 Twin Dolphin Drive<br>Suite 560<br>Redwood Shores, California 94065<br>Telephone:  (650) 620-4500<br>Facsimile:   (650) 620-4555<br><br>Attorneys for Defendants<br>REALNETWORKS, INC. AND LISTEN.COM |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>REALNETWORKS, INC., et al.,<br><br>              Defendants. | Civil Action No. CV 03-5085-WWS<br><br>**STIPULATION AND *[PROPOSED]* ORDER REGARDING THE BRIEFING SCHEDULE FOR DEFENDANTS' MARCH 17, 2006 MOTION TO DISMISS**<br><br>**Judge: Honorable William W. Schwarzer** |

1  WHEREAS, on March 17, 2006, Defendants RealNetworks, Inc., et al. filed a Motion to
2  Dismiss, which noticed a hearing date for April 21, 2006;
3  WHEREAS, pursuant Local Rule 7-3(a), Plaintiff Friskit's Opposition to Defendants'
4  Motion to Dismiss is to be served and filed no later than March 31, 2006;
5  WHEREAS, Plaintiff Friskit has requested additional time from Defendants to file its
6  Opposition; and
7  WHEREAS, Defendants agree to provide Plaintiff with additional time to file its
8  Opposition.
9  NOW THEREFORE IT IS HEREBY STIPULATED, by and between Plaintiff and
10  Defendants, through their respective counsel of record, the briefing schedule for Defendants'
11  Motion to Dismiss filed on March 17, 2006 is to be amended as follows:

13  1.  Friskit's Opposition to Defendants' Motion to Dismiss shall be served and filed
14  on April 14, 2006.
15  2.  Defendants' Reply in Support of its Motion to Dismiss, if necessary, shall be
16  served and filed on April 26, 2006.
17  3.  The hearing on this matter is hereby moved to May 10, 2005 at 9:30AM.

21  /s/ *Jeffrey A. Pine*  /s/ *Evette D. Pennypacker*

| By: | Michael H. Baniak<br>Jeffrey A. Pine<br>Anuj K. Wadhwa<br>BANIAK PINE & GANNON<br>150 N. Wacker Drive<br>Suite 1200<br>Chicago, Illinois 60606<br>Telephone: (312) 673-0360<br>Facsimile: (312) 673-0361 | By: | Charles K. Verhoeven<br>Deepak Gupta<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
|---|---|---|---|

- 1 -
Stipulation and *[Proposed]* Order Regarding The Briefing Schedule for Defendants' March 17, 2006 Motion to Dismiss
Case No. CV 03-5085 WWS

| | |
|---|---|
| Francis J. Torrence (SBN: 154653)<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100<br>San Francisco, California  94105<br>Telephone:  (415) 397-2823<br>Facsimile:   (415) 397-8549<br><br>Attorneys for Plaintiff | Evette D. Pennypacker<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone:  (650) 620-4500<br>Facsimile:   (650) 620-4555<br><br>Attorneys for Defendants |

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __28th__ day of March, 2006.

_____
Honorable William W. Schwarzer
United States District Judge
Northern District of California

- 2 -
Stipulation and *[Proposed]* Order Regarding The Briefing Schedule for Defendants' March 17, 2006 Motion to Dismiss
Case No. CV 03-5085 WWS

## ATTESTATION OF E-FILED SIGNATURE

I, Jeffrey A. Pine, attest that signatory Evette D. Pennypacker has read and approved the **STIPULATION AND [*PROPOSED*] ORDER REGARDING THE BRIEFING SCHEDULE FOR DEFENDANTS' MARCH 17, 2006 MOTION TO DISMISS** and consents to its filing in this action.

/s/ *Jeffrey A. Pine*
Jeffrey A. Pine

Stipulation and *[Proposed]* Order Regarding The Briefing Schedule for Defendants' March 17, 2006 Motion to Dismiss
Case No. CV 03-5085 WWS