IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C 03-5085 WWS (MEJ) |
| Plaintiff, | **ORDER RESERVING JUDGMENT ON MOTION TO COMPEL DE-DESIGNATION OF EVIDENCE AS CONFIDENTIAL PENDING THE OUTCOME OF DEFENDANT'S MOTION TO DISMISS CURRENTLY BEFORE JUDGE SCHWARZER** |
| vs. | |
| REALNETWORKS, INC., and LISTEN.COM., | |
| Defendants. | |

On March 8, 2006, the parties submitted a joint letter brief regarding Defendant's request to de-designate evidence confidential. On March 30, 2006, the Court held a hearing on the matter. Based on the documents submitted to the Court and oral arguments at the hearing, the Court HEREBY RESERVES JUDGMENT on the matter pending the outcome of Defendant's Motion to Dismiss, currently before Judge Schwarzer.

IT IS SO ORDERED.

Dated: March 30, 2006

MARIA-ELENA JAMES
United States Magistrate Judge