IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | No. C03-5085 WWS (MEJ) |
| Plaintiff, | **ORDER RE: ACCESS TO DEBUG ENVIRONMENT** |
| vs. | |
| REALNETWORKS, INC., and LISTEN.COM, | |
| Defendant. | |

This Court ordered Real to provide Friskit with access to a debug environment for RealPlayer 10.5 and RealRhapsody 3.0 to allow Friskit's experts to step through the Code. (*See* Docket #411.) During the examination, Real disputed Friskit's access to the debug environment with internet access. Real contests internet access *inter alia* because Friskit could potentially copy and unlawfully transmit the Code. However, in order for the debug environment to interact with the client and server from the client side, internet access is needed. Therefore, the Court ORDERS the following:

1.) Dr. Zellweger shall have access to the debug environment with internet access on April 19, from 10:30 a.m. to 4:30 p.m.

2.) The Court's independent expert, Dr. A.J. Nichols shall be in the room observing Dr. Zellweger.

3.) If for any reason Dr. Nichols leaves the room, so shall Dr. Zellweger. Alternatively, Dr. Nichols will take appropriate measures as he deems necessary.

**IT IS SO ORDERED.**

Dated: April 19, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2