1  Michael H. Baniak
   Jeffrey A. Pine
2  Anuj K. Wadhwa
   BANIAK PINE & GANNON
3  150 N. Wacker Drive, Suite 1200
   Chicago, Illinois 60606
4  Telephone:  (312) 673-0360
   Facsimile:  (312) 673-0361
5

6
   Francis J. Torrence
7  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
8  San Francisco, California 94105
   Telephone:  (415) 397-2823
9  Facsimile:  (415) 397-8549

10 Attorneys for Plaintiff
   FRISKIT, INC.
11                         UNITED STATES DISTRICT COURT
                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 FRISKIT, INC.,                          Civil Action No. CV 03-5085-WWS

14                Plaintiff,
                                           Judge William W. Schwarzer
15        v.

16 REALNETWORKS, INC., and LISTEN.COM,     Magistrate Judge Maria-Elena James

17                Defendants.
                                           [PROPOSED] ORDER GRANTING
18                                         PLAINTIFF FRISKIT, INC.'S MOTION FOR
                                           PARTIAL RECONSIDERATION OF
19                                         MAGISTRATE JUDGE JAMES' MARCH 3,
                                           2006 ORDER
20

---

Having considered Plaintiff Friskit, Inc.'s ("Friskit's") Motion For Partial Reconsideration of Magistrate Judge James' March 3, 2006 Order, and GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED THAT:

1. Friskit's Motion For Partial Reconsideration of Magistrate Judge James' March 3, 2006 Order is GRANTED;

2. This Court hereby withdraws any and all sanctions imposed by the March 3, 2006 Order on Friskit; and

3. A refund in the amount of One Thousand Five Hundred Dollars ($1500.00) to be distributed to Friskit as reimbursement for sanctions previously paid to the Clerk of Courts by Friskit pursuant to the March 3, 2006 Order.

IT IS SO ORDERED.

Date: __May 5, 2006__           By: _____
                                Hon. Maria-Elena James



[Proposed] Order Granting Plaintiff Friskit, Inc.'s Motion For Partial Reconsideration of Magistrate Judge James' March 3, 2006 Order
Case No. CV 03-5085 WWS