1   BANIAK PINE & GANNON                QUINN EMANUEL URQUHART
      Michael H. Baniak                 OLIVER & HEDGES, LLP
2     Jeffrey A. Pine                     Charles K. Verhoeven (Bar No. 170151)
      Anuj K. Wadhwa                      David Perlson (Bar No. 209502)
3   150 N. Wacker Drive                   Deepak Gupta (Bar No. 226991)
4   Suite 1200                          50 California Street, 22nd Floor
    Chicago, Illinois 60606             San Francisco, California  94111
5   Telephone:  (312) 673-0360          Telephone:  (415) 875-6600
6   Facsimile:   (312) 673-0361         Facsimile:   (415) 875-6700
    SEYFARTH SHAW LLP                     Evette D. Pennypacker (Bar No. 203515)
7     Francis J. Torrence (SBN: 154653) 555 Twin Dolphin Drive
    560 Mission Street, Suite 3100      Suite 560
8   San Francisco, California  94105    Redwood Shores, California 94065
    Telephone: (415) 397-2823           Telephone:  (650) 801-5000
9   Facsimile:  (415) 397-8549          Facsimile:   (650) 801-5100

10  Attorneys for Plaintiff, FRISKIT,
    INC.                                Attorneys for Defendants
11                                      REALNETWORKS, INC. AND
                                        LISTEN.COM
12

13

14              UNITED STATES DISTRICT COURT

15       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17

18  FRISKIT, INC.,                   )  Civil Action No. CV 03-5085-WWS
                                     )
19               Plaintiff,          )  **STIPULATION AND *[PROPOSED]***
                                     )  **ORDER REGARDING PRE-TRIAL AND**
20       v.                          )  **TRIAL SCHEDULE**
                                     )
21  REALNETWORKS, INC., et al.,      )  **Judge: Honorable William W. Schwarzer**
                                     )
22               Defendants.         )
                                     )
23                                   )
                                     )

24

25

26

27

28

1    WHEREAS, on May 1, 2006, Plaintiff moved to continue the May 10, 2006 hearing date

2   for RealNetworks, Inc.'s and Listen.com, Inc.'s (collectively, "Real") Motion to Dismiss;

3    WHEREAS, by order dated May 8, 2006, the Court granted Plaintiff's motion to continue

4   the hearing date for Real's Motion to Dismiss and scheduled that hearing for June 14, 2006;

5    WHEREAS, the Court further ordered the existing deadlines and trial date to be

6   continued as shown in the schedule proposed by Real in its opposition to Plaintiff's motion to

7   continue the hearing date;

8    WHEREAS, in its May 8, 2006 order, the Court further directed the parties to submit a

9   stipulated order incorporating the revised schedule within ten days of its May 8, 2006 order;

10    NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and

11   Defendants, through their respective counsel of record, the Pre-Trial and Trial schedule be

12   amended as follows:

13    1.    The deadline for submission of Friskit's supplemental opening expert report is

14   extended to May 24, 2006.[1]

15    2.    The hearing on Real's Motion to Dismiss is continued to June 14, 2006 at

16   10:00 a.m.

17    3.    The deadline for submission of Real's supplemental rebuttal expert report is

18   extended to June 28, 2006;

19    4.    The deadline for close of expert discovery is extended to July 21, 2006;

20    5.    The deadline for the last day to file dispositive motions is extended to July 28,

21   2006;

22    6.    The deadline to file responses to dispositive motions is extended to August 11,

23   2006;

24    7.    The deadline to file replies to dispositive motions is extended to August 18, 2006;

25    8.    The pre-trial conference is October 10, 2006;[2]

26

27   [1]   In an order dated May 1, 2006, the Court granted Friskit's motion to extend this deadline to May 19, 2006.
     Through counsel, the parties agreed to further extend this date to May 24, 2006.

28   [2]   Real's proposed schedule set the pre-trial conference for October 9, 2006.   Because this date falls on Columbus

1    9.    Trial is set for October 30, 2006.

2

3    _/s/ Jeffrey A. Pine_____          _/s/ Evette D. Pennypacker_____

4    By:   Michael H. Baniak                 By:   Charles K. Verhoeven
           Jeffrey A. Pine                         David A, Perlson
5          Anuj K. Wadhwa                          Deepak Gupta
           BANIAK PINE & GANNON                    QUINN EMANUEL URQUHART
6          150 N. Wacker Drive                     OLIVER & HEDGES, LLP
           Suite 1200                              50 California Street, 22nd Floor
7          Chicago, Illinois 60606                 San Francisco, California 94111
           Telephone: (312) 673-0360               Telephone: (415) 875-6600
8          Facsimile: (312) 673-0361               Facsimile: (415) 875-6700

9

10         Francis J. Torrence (SBN: 154653)       Evette D. Pennypacker
           SEYFARTH SHAW LLP                       QUINN EMANUEL URQUHART
11         560 Mission Street, Suite 3100          OLIVER & HEDGES, LLP
           San Francisco, California 94105         555 Twin Dolphin Drive, Suite 560
12         Telephone: (415) 397-2823               Redwood Shores, California 94065
           Facsimile: (415) 397-8549               Telephone: (650) 801-5000
                                                   Facsimile: (650) 801-5100
13         Attorneys for Plaintiff
                                                   Attorneys for Defendants
14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED, this _23_ day of May, 2006.

16

17   _____
     Honorable William W. Schwarzer
18   United States District Judge
     Northern District of California

19

20

21

22

23

24

25

26

27

28   Day, a Court holiday, the parties agreed to change the date for the pre-trial conference to October 10, 2006.

## ATTESTATION OF E-FILED SIGNATURE

I, Evette D. Pennypacker, attest that signatory Jeffrey A. Pine has read and approved the **STIPULATION AND [*PROPOSED*] ORDER REGARDING PRE-TRIAL AND TRIAL SCHEDULE** and consents to its filing in this action.

*/s/ Evette D. Pennypacker*
Evette D. Pennypacker