| | |
|---|---|
| BANIAK PINE & GANNON<br>  Jeffrey A. Pine<br>  Michael H. Baniak<br>  Anuj K. Wadhwa<br>150 N. Wacker Drive<br>Suite 1200<br>Chicago, Illinois 60606<br>Telephone: (312) 673-0360<br>Facsimile: (312) 673-0361 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  David Perlson (Bar No. 209502)<br>  Deepak Gupta (Bar No. 226991)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| SEYFARTH SHAW LLP<br>  Jesse L. Miller (Bar No. 183229)<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |   Evette D. Pennypacker (Bar No. 203515)<br>555 Twin Dolphin Drive<br>Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| Attorneys for Plaintiff<br>FRISKIT, INC. | Attorneys for Defendants<br>REALNETWORKS, INC. AND LISTEN.COM |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>REALNETWORKS, INC., et al.,<br><br>            Defendants. | Civil Action No. CV 03-5085-WWS<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER TO ADMIT PRESENTATION**<br>**EQUIPMENT IN CONNECTION WITH**<br>**HEARING ON DEFENDANTS' MOTION**<br>**TO DISMISS**<br><br>**Judge: Honorable William W. Schwarzer** |

    WHEREAS, a hearing on Defendants' Motion to Dismiss is scheduled for June 14, 2006;

    WHEREAS, counsel for the parties require and plan to share use of certain presentation equipment to conduct the hearing;

    NOW THEREFORE, by and through their respective counsel of record, the parties hereby stipulate that counsel for the parties, including the Defendants' counsel's assistant Jim

STIPULATION AND [PROPOSED] ORDER TO ADMIT PRESENTATION EQUIPMENT
Case No. CV 03-5085 FMS           1

1  Grossell, be permitted to move the following equipment into and out of the Court on June 13 and
2  14, 2006 for a hearing in this matter on June 14, 2006:

      (a)    Projection Screen

      (b)    Notebook computer;

      (c)    LCD Projector & case;

      (d)    Audio-visual equipment cart;

      (e)    Various cables, cords and power strips, electrical tape, etc.

**IT IS SO STIPULATED:**

By: /s/ Jeff Pine
   Michael H. Baniak
   Jeffrey A. Pine
   Anuj Wadhwa
   BANIAK PINE & GANNON
   150 N. Wacker Drive
   Suite 1200
   Chicago, Illinois 60606
   Telephone: (312) 673-0360
   Facsimile: (312) 673-0361

   Jesse L. Miller (SBN: 183229)
   SEYFARTH SHAW LLP
   101 California Street
   Suite 2900
   San Francisco, California 94111-5858
   Telephone: (415) 397-2823
   Facsimile: (415) 397-8549

   Attorneys for Plaintiff

By: /s/ Evette D. Pennypacker
   Charles K. Verhoeven
   David Perlson
   Deepak Gupta
   QUINN EMANUEL URQUHART OLIVER
   & HEDGES, LLP
   50 California Street, 22nd Floor
   San Francisco, California 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

   Evette D. Pennypacker
   QUINN EMANUEL URQUHART OLIVER
   & HEDGES, LLP
   555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
   Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

   Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: 5/31/06        By: _William W. Schwarzer_
                                              The Honorable William W. Schwarzer
                                              United States District Court Judge

## ATTESTATION OF E-FILED SIGNATURE

I, Evette D. Pennypacker, attest that signatory Jeff Pine has read and approved the STIPULATION AND [PROPOSED] ORDER TO ADMIT PRESENTATION EQUIPMENT IN CONNECTION WITH TUTORIAL AND CLAIM CONSTRUCTION HEARING and consents to its filing in this action.

By: /s/ Evette D. Pennypacker