UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRISKIT, INC., | CASE NO. 03 05085 (WWS) |
| Plaintiff, | [PROPOSED] ORDER DENYING FRISKIT'S OBJECTIONS TO PORTIONS OF DR. SMITH'S JUNE 28, 2006, SUPPLEMENTAL EXPERT REPORT |
| vs. | |
| REALNETWORKS, INC., et al., | |
| Defendants. | |

1  THE COURT, having considered Friskit's Objections to Portions of Dr. Smith's June 28,
2  2006, Supplemental Expert Report (the "Motion"); the supporting documentation thereto;
3  Defendants' opposition and supporting documentation thereto; all parties having been given notice
4  and an opportunity to be heard; and GOOD CAUSE appearing therefor; HEREBY ORDERS
5  THAT:
6      1.    Friskit's Objections to Portions of Dr. Smith's June 28, 2006, Supplemental
7  Expert Report and request to strike portions thereof (#471) is Denied.
8
9  IT IS SO ORDERED.
10
11
12  DATED:   7/18/06

                         Honorable Judge William W. Schwarzer
13                            Northern District of California

50750/1920448.1

-2-    Case No. 03 05085 (WWS)
[PROPOSED] ORDER DENYING FRISKIT'S OBJECTIONS TO SUPPLEMENTAL EXPERT REPORT