1  BANIAK PINE & GANNON
   Michael H. Baniak
2    Jeffrey A. Pine
   Anuj K. Wadhwa
3  150 N. Wacker Drive, Suite 1200
Chicago, Illinois  60606
4  Telephone:  (312) 673-0360
Facsimile:   (312) 673-0361
5

6  SEYFARTH SHAW LLP
   Francis J. Torrence (SBN: 154653)
7  560 Mission Street, Suite 3100
San Francisco, California  94105
8  Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549
9
Attorneys for Plaintiff
10 FRISKIT, INC.

11                     UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13

14 FRISKIT, INC.,  |  Case No. C 03-5085 (WWS)

15                     Plaintiff,  |  [PROPOSED] **ORDER REGARDING TUTORIAL PRESENTATION, DISPOSITIVE**

16   v.  |  **MOTION HEARING AND PRESENTATION EQUIPMENT**

17 REALNETWORKS, INC., and LISTEN.COM,

18                   Defendants.  |  Judge:     Honorable William W. Schwarzer

19

20

21

22

23

24

25

26

27

28

1  WHEREAS, the Court has requested a tutorial presentation in conjunction with oral argument for dispositive motions;

2  WHEREAS, counsel for the parties require and plan to share use of certain presentation equipment to conduct the tutorial presentation and dispositive motion hearing;

3  NOW THEREFORE, IT IS HEREBY ORDERED, that:

(1)  The parties will present to the Court a technology tutorial at 10:00AM on September 14, 2006.  Each party shall be limited to a one hour presentation;

(2)  The Court will hear oral argument regarding dispositive motions at 10:00AM on September 15, 2006.  Each party shall be limited to one hour of oral argument; and

(3)  Counsel for the parties (including assistants to counsel) shall be permitted to move the following equipment into and out of the Court on September 13 and 14, 2006 for the technology tutorial presentation on September 14, 2006 and the dispositive motion hearing on September 15, 2006:

(a)  Projection Screen
(b)  Notebook computer;
(c)  LCD Projector & case;
(d)  Audio-visual equipment cart;
(e)  Various cables, cords and power strips, electrical tape, etc.

**IT IS SO ORDERED.**

DATED:  8/17/06           By: _____William W. Schwarzer_____
                              The Honorable William W. Schwarzer
                              United States District Court Judge

*[Proposed]* Order Regarding Tutorial Presentation, Dispositive Motion Hearing and Presentation Equipment
Case No. CV 03-5085 WWS                                                                                             1