QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
Charles K. Verhoeven (Bar No. 170151)
　　charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
　　davidperlson@quinnemanuel.com
Deepak Gupta (Bar No. 226991)
　　deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700


Evette D. Pennypacker (Bar No. 203515)
　　evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
REALNETWORKS, INC. AND LISTEN.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRISKIT, INC.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>REALNETWORKS, INC., et al.<br><br>　　　　　　Defendants. | **CASE NO. 03 05085 (WWS)**<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENT UNDER SEAL**<br><br>Judge:　Honorable William W. Schwarzer |

1  Having considered Defendants RealNetworks, Inc.'s and Listen.com's ("Real")
2  Administrative Motion to File Documents Under Seal, pursuant to Civil L.R. 7-11 and 79-5, and
3  GOOD CAUSE APPEARING THEREFOR:
4  IT IS HEREBY ORDERED THAT the following documents shall be filed under seal:

**Excerpts from the July 21, 2006 deposition of Julius O. Smith, Ph.D. (Exhibit 1 to the Declaration of Deepak Gupta in Support of Defendants' Response to Plaintiff's Objections to Evidence**.)

DATED: 9/14/06        By: _____
                          The Honorable William W. Schwarzer
                          United States District Court Judge

50750/1955419.1        1
[PROPOSED] ORDER GRANTING DEF.'S MOTION FOR FILING DOC UNDER SEAL
Case No. C 03 05085 (WWS)                                          50750/38116