1  SEYFARTH SHAW LLP
   Michael T. McKeeman (SBN: 173662)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4
   BANIAK PINE & GANNON
5  Michael A. Baniak
   Jeffrey A. Pine
6  150 North Wacker Drive, Suite 1200
   Chicago, Illinois 60606
7  APPEARING *PRO HAC VICE*

8  Attorneys for Plaintiff
   FRISKIT, INC.
9
                   UNITED STATES DISTRICT COURT
10
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
   FRISKIT, INC., a Delaware corporation    ) Case No. CV 03-5085-WWS
12                                          )
              Plaintiff,                    ) [PROPOSED] ORDER GRANTING
13                                          ) SUBSTITUTION OF COUNSEL
       v.                                   )
14                                          )
   REALNETWORKS, INC., a Washington         )
15 corporation, and LISTEN.COM, a California)
   corporation,                             )
16                                          )
              Defendant.                    )
17 _____)

18

19     IT IS HEREBY ORDERED that Plaintiff Friskit, Inc.'s Substitution of Counsel of

20 Michael T. McKeeman, Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA

21 94105, (415) 397-2823 in place and stead of Francis J. Torrence, former attorney of Seyfarth

22 Shaw LLP, as its attorney of record in the captioned matter is GRANTED.

23     IT IS SO ORDERED.

24
   DATED:  10/30/06                          By /s/ William W. Schwarzer
25                                              WILLIAM W. SCHWARZER
                                                United States District Judge
26

27

28

[Proposed] Order Granting Substitution Of Counsel / Case No. Cv 03-5085-Wws