1  SEYFARTH SHAW LLP
   Michael T. McKeeman (SBN: 173662)
2  E-mail: mmckeeman@seyfarth.com
   Krista L. Mitzel (SBN: 221002)
3  E-mail: kmitzel@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  BANIAK PINE & GANNON
   Michael A. Baniak (baniak@bpglaw.com)
7  Jeffrey A. Pine (pine@bpglaw.com)
   Anuj K. Wadhwa (awadhwa@bpglaw.com)
8  150 North Wacker Drive, Suite 1200
   Chicago, Illinois 60606
9  Telephone: (312) 673-0360
   Facsimile: (312) 673-0361
10 [APPEARING *PRO HAC VICE*]

11 KALIKO & YEAGER
   Scott H. Kaliko (scott.kaliko@kalikolaw.com)
12 500 North Franklin Turnpike
   Ramsey, New Jersey 07446
13 Telephone: (201)831-0575
   Facsimile: (201) 831-0519
14 [APPEARING *PRO HAC VICE*]

15 Attorneys for Plaintiff FRISKIT, INC.

16               UNITED STATES DISTRICT COURT

17        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

18 FRISKIT, INC., a Delaware corporation,   ) Case No. CV 03-5085-WWS
                                            )
19              Plaintiff,                  ) **STIPULATION AND [PROPOSED**
                                            ) **ORDER] FOR CONTINUANCE OF**
20        v.                                ) **DEADLINE TO CONDUCT**
                                            ) **MEDIATION**
21 REALNETWORKS, INC., a Washington         )
   corporation, and LISTEN.COM, a California)
22 corporation,                             )
                                            )
23              Defendant.                  )
                                            )

24

25        Pursuant to Local ADR Rule 6-5, Plaintiff Friskit, Inc. ("Friskit") and Defendants

26 Realnetworks, Inc. and Listen.com (collectively "Defendants") respectfully submit the following

27 stipulation:

28
   ─────────────────────────────────────────
          STIP FOR CONTINUANCE OF DEADLINE TO CONDUCT MEDIATION
                      Case No. CV 03-5085-WWS

1   WHEREAS, on September 28, 2006, Friskit and Defendants submitted a Stipulation and
2   [Proposed] Order Selecting ADR Process and opted for mediation. In October 2006, the parties
3   were ordered to complete mediation by January 16, 2007. The mediation is currently scheduled
4   for Tuesday, January 16, 2007.
5       WHEREAS, since the inception of this action, Baniak, Pine, and Gannon ("BPG") has
6   acted as Friskit's lead litigation counsel for over three (3) years.
7       WHEREAS, on December 20, 2006, Friskit was notified that BPG was dissolving their
8   law practice and that the two lead attorneys on this case were planning to practice with separate
9   law firms. Friskit unsuccessfully attempted to reach a new agreement with these new law firms
10  to continue representation. On December 28, 2006, BPG's co-lead counsel, Jeffrey Pine,
11  informed Friskit that the BPG attorneys would file Motions to Withdraw their appearances as
12  Friskit's counsel in this matter. Friskit anticipates that BPG will file a Motion to Withdraw
13  before this Court within 2-4 business days of the filing of this stipulation.
14      WHEREAS, Friskit has begun to seek new lead litigation counsel, but has not yet been
15  successful in that search.
16      WHEREAS, Friskit contacted Defendants' counsel on January 3, 2007 in attempt to
17  stipulate to an extension of time to conduct mediation. On January 4, 2007, Plaintiff and
18  Defendants agreed to request that the mediation deadline be extended until January 31, 2007.
19  The parties further agree that should mediation not be successful, Friskit should be allowed
20  sufficient time to find new litigation counsel, and that both parties should be allowed sufficient
21  time prepare for trial, if necessary.
22      NOW THEREFORE IT IS HEREBY STIPULATED, by and between Plaintiff and
23  Defendants, through their respective counsel of record, and the parties respectfully request that
24  the Court order as follows:
25      1)   The date for the parties to complete mediation shall be extended from Tuesday,
26  January 16, 2007, to Wednesday, January 31, 2007.

2) Should mediation not be successful, Friskit shall be allowed sufficient time to find new litigation counsel, and both parties be allowed sufficient time prepare for trial, if necessary.

/s/ Scott H. Kaliko

By: Scott H. Kaliko
KALIKO & YEAGER
500 North Franklin Turnpike
Ramsey, New Jersey 07446
Telephone: (201)831-0575
Facsimile: (201) 831-0519

Michael T. McKeeman
Krista L. Mitzel
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff

/s/ David Perlson

By: Charles K. Verhoeven
David A, Perlson
Deepak Gupta
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Evette D. Pennypacker
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 620-4500
Facsimile: (650) 620-4555

Attorneys for Defendants

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: Jan. 8, 2007

_____
The Honorable William W. Schwarzer
United States District Court Judge