1  SEYFARTH SHAW LLP
   Michael T. McKeeman (SBN: 173662)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile:  (415) 397-8549
4
   BANIAK PINE & GANNON
5  Michael A. Baniak
   Jeffrey A. Pine
6  Anuj K. Wadhwa
   Andrew F. Pratt
7  150 North Wacker Drive, Suite 1200
   Chicago, Illinois 60606
8  APPEARING *PRO HAC VICE*

9  Attorneys for Plaintiff
   FRISKIT, INC.
10

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FRISKIT, INC., a Delaware corporation, | ) | Case No. CV 03-5085-WWS |
|---|---|---|
| Plaintiff, | ) | ~~[PROPOSED]~~ **ORDER GRANTING** |
| | ) | **WITHDRAWAL OF COUNSEL** |
| v. | ) | |
| REALNETWORKS, INC., a Washington corporation, and LISTEN.COM, a California corporation, | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the Request of the firm of Baniak Pine & Gannon, and in particular its attorneys of record Michael H. Baniak, Jeffrey A. Pine, Anuj K. Wadhwa, and Andrew F. Pratt, to withdraw as counsel of record for the Plaintiff Friskit, Inc. in the captioned matter is GRANTED.

IT IS SO ORDERED.

DATED: 1/16/07                    By /s/ William W. Schwarzer
                                     WILLIAM W. SCHWARZER
                                     United States District Judge

[Proposed] Order Granting Substitution of Counsel / Case No. CV 03-5085-WWS