| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Michael T. McKeeman (SBN: 173662)<br>Email: mmckeeman@seyfarth.com |
| 3 | Krista L. Mitzel (SBN: 221002)<br>Email: kmitzel@seyfarth.com |
| 4 | 560 Mission Street, Suite 3100<br>San Francisco, California 94105 |
| 5 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 6 | Attorneys for Plaintiff FRISKIT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRISKIT, INC., a Delaware corporation, | ) | Case No. CV 03-5085-WWS |
| Plaintiff, | ) | **SUBSTITUTION OF COUNSEL FOR PLAINTIFF FRISKIT, INC. AND [PROPOSED] ORDER** |
| v. | ) | |
| REALNETWORKS, INC., a Washington corporation, and LISTEN.COM, a California corporation, | ) | |
| Defendants. | ) | |

Plaintiff FRISKIT, INC. hereby substitutes William J. Robinson, Kenneth S. Klein, Victor de Gyarfas, and Grant E. Kinsel, Foley & Lardner LLP 2029 Century Park East, 35th Floor Los Angeles, CA 90067, (310) 557-8475, as their attorneys of record in this action in place of Michael T. McKeeman and Krista L. Mitzel, Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105-2930. This substitution of counsel will not result in any delays in the calendar previously set by this court.

1

SUBSTITUTION OF COUNSEL / Case No. CV 03-5085-WWS

1  Respectfully submitted,

2  DATED: March 19, 2007

3
                                            _____
4                                           George Apoqporos
                                            Chairman and CEO
5                                           Plaintiff FRISKIT, INC.

6  We hereby consent to the above substitution.

7  DATED: March 15, 2007                    SEYFARTH SHAW LLP

8                                           /s/ *Krista L. Mitzel*
                                            _____
9                                           Michael T. McKeeman
                                            Krista L. Mitzel
10

11  We hereby accept the above substitution.

12  DATED: March 15, 2007                   FOLEY & LARDNER LLP

13                                          /s/ *William J. Robinson*
                                            _____
14                                          William J. Robinson
                                            Kenneth S. Klein
15                                          Victor de Gyarfas
                                            Grant E. Kinsel
16

17                          [PROPOSED] ORDER

18  The above requested substitution of attorney is HEREBY ORDERED GRANTED.

19  Dated: March 21, 2007
                                            _____
20                                          District Judge William W. Schwarzer

21

22

23

24

25

26

27

28

SF1 28279505.1
                                    2
SUBSTITUTION OF COUNSEL / Case No. CV 03-5085-WWS