| | |
|---|---|
| 1 | William J. Robinson (State Bar No. 83729) |
| 2 | Victor de Gyarfas (State Bar No. 171950) |
|   | Grant E. Kinsel (State Bar No. 172407) |
|   | **FOLEY & LARDNER LLP** |
| 3 | 2029 Century Park East, 35th Floor |
|   | Los Angeles, California 90067-3021 |
| 4 | Tel: 310-277-2223; Fax: 310-557-8475 |
| 5 | Kenneth S. Klein (State Bar No. 129172) |
|   | **FOLEY & LARDNER LLP** |
| 6 | 402 W. Broadway, Suite 2100 |
|   | San Diego, CA 92101-3542 |
| 7 | Tel: 619-234-6655; Fax: 619-234-3510 |
| 8 | Scott H. Kaliko, *Pro Hac Vice* |
|   | **KALIKO & YEAGER, LLC** |
| 9 | 500 N. Franklin Turnpike |
|   | Ramsey, NJ 07446 |
| 10 | Telephone: (201) 831-0575 |
| 11 | Attorneys for **FRISKIT, INC.** |
| 12 | **QUINN EMANUEL URQUHART OLIVER & HEDGES LLP** |
|    | Charles K. Verhoeven (Bar No. 170151) |
| 13 | David A. Perlson (Bar No. 209502) |
|    | Deepak Gupta (Bar No. 226991) |
| 14 | 50 California Street, 22nd Floor |
|    | San Francisco, CA 94111 |
| 15 | Tel.: 415-875-6600; Fax: 415-857-6700 |
| 16 | Evette D. Pennypacker (Bar No. 203515) |
|    | 555 Twin Dolphin Drive, Suite 560 |
| 17 | Redwood Shores, CA 94065 |
|    | Tel.: 650-801-5000; Fax: 650-801-5100 |
| 18 | |
| 19 | Attorneys for **REALNETWORKS, INC**. and **LISTEN.COM** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRISKIT, INC**., a Delaware corporation | Case No: 3:03-cv-05085-WWS |
| Plaintiff, | **PRETRIAL PREPARATION SCHEDULE** |
| vs. | |
| **REALNETWORKS, INC.**, a Washington corporation; **LISTEN.COM**, a California corporation | Judge: William W Schwarzer |
| Defendants. | |

A. April 11, 2007 -- Friskit to lodge and serve list of no more than 8 asserted claims for trial.

B. April 27, 2007 -- Friskit to lodge and serve complete statements of expert testimony for all testifying experts, except for expert testifying as to damages.

C. May 2, 2007 -- Real to Supplement Damages Discovery.

D. May 11, 2007 -- Real to lodge and serve complete statements of expert testimony for all experts, except for expert testifying as to damages (see B. above).

E. May 16, 2007 -- Last date for Damages Expert depositions.

F. May 25, 2007 -- Friskit to lodge and serve complete statements of damages expert testimony (see B. above).

G. June 8, 2007 -- Friskit and Real to file and serve trial briefs listing (1) each witness to be called, together with a summary of his/her testimony; (2) designation of deposition excerpts; and (3) all exhibits to be offered (see Federal Rule of Civil Procedure 26(a)(3)).

H. June 8, 2007 -- Friskit to lodge and serve proposed Jury Instructions.

I. June 8, 2007 -- Friskit and Real to lodge and serve proposed jury voir dire questions and joint statement regarding case to present to jurors.

J. June 8, 2007 -- Friskit and Real to submit any stipulations.

K. June 8, 2007 -- Friskit and Real to exchange visual aids and demonstrative exhibits.

L. June 11, 2007 -- Real to lodge and serve complete statements of damages expert testimony (see B. above).

M. June 15, 2007 -- Exchange of Physical Copies of Proposed Exhibits.

N. June 15, 2007 -- Real to lodge and serve proposed Jury Instructions (avoiding duplication with Friskit Instructions acceptable to Real).

O. June 20, 2007 -- Friskit and Real to file and serve (1) objections to evidence and/or visual aids and demonstrative exhibits; (2) claims of privilege; and (3) motions in limine (*see* Federal Rule of Civil Procedure 26(a) (3)).

P. June 25, 2007 -- Oppositions to Motion in Limine.

Q. July 3, 2007, 9:30 a.m., Courtroom 14, 450 Golden Gate Avenue, 18th Floor, San Francisco, California -- Final Pretrial Conference.

R. July 16, 2007, 9:30 a.m., Courtroom 14, 450 Golden Gate Avenue, 18th Floor, San Francisco, California -- Trial.

Dated: __May 3__, 2007

WILLIAM W SCHWARZER
Senior United States District Judge