| | |
|---|---|
| William J. Robinson (Bar No. 83729)<br>Victor de Gyarfas (Bar No. 171950)<br>Grant E. Kinsel (Bar No. 172407)<br>FOLEY & LARDNER LLP<br>2029 Century Park East, 35th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-2223<br>Facsimile: (310) 557-8475<br><br>Kenneth S. Klein (Bar No. 129172)<br>FOLEY & LARDNER LLP<br>402 W. Broadway, Suite 2100<br>San Diego, California 92101<br>Telephone: (619) 234-6655<br>Facsimile: (619) 234-3510<br><br>Scott H. Kaliko, *Pro Hac Vice*<br>KALIKO & YEAGER, LLC<br>500 N. Franklin Turnpike<br>Ramsey, New Jersey 07446<br>Telephone: (201) 831-0575<br><br>Attorneys for Plaintiff, FRISKIT, INC. | QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  David Perlson (Bar No. 209502)<br>  Deepak Gupta (Bar No. 226991)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>  Evette D. Pennypacker (Bar No. 203515)<br>555 Twin Dolphin Drive<br>Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 620-4500<br>Facsimile: (650) 620-4555<br><br>Attorneys for Defendants<br>REALNETWORKS, INC. AND<br>LISTEN.COM |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>REALNETWORKS, INC., et al.,<br><br>          Defendants. | Civil Action No. CV 03-5085-WWS<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER REGARDING BRIEFING**<br>**SCHEDULE**<br><br>**Judge: Honorable William W. Schwarzer** |

50750/2121537.1
Stipulation and *[Proposed]* Order Regarding Briefing Schedule
Case No. CV 03-5085 WWS

1   WHEREAS, on May 8, 2007, Defendants RealNetworks, Inc. and Listen.com
2   (collectively "Real"), filed a Motion for Leave to File a Motion for Reconsideration of the Court's
3   Order Denying Motions for Summary Judgment;

4   WHEREAS, by order dated May 9, 2007, the Court granted Real's Motion for Leave to
5   File a Motion for Reconsideration with respect to the issue of obviousness;

6   WHEREAS, the May 9, 2007 Order directed the parties to file briefs together with
7   declarations directed at the effect of *KSR Int'l Co. v. Teleflex Inc.* on this action, with Real to
8   submit opening papers, plaintiff to respond, and Real to close, with the final brief being filed by
9   June 18, 2007. The Court further directed counsel for the parties to determine a briefing
10  schedule;

11  NOW THEREFORE IT IS HEREBY STIPULATED, by and between Plaintiff and Real,
12  through their respective counsel of record, the briefing schedule pursuant to the Court's May 9,
13  2007 Order shall be as follows:

14  1.  Real's opening brief shall be filed on Wednesday, May 30, 2007.
15  2.  Plaintiff's opposition brief shall be filed on Friday, June 15, 2007.
16  3.  Real's reply brief shall be filed on Friday, June 22, 2007

18  /s/ Victor de Gyarfas                    /s/ David A. Perlson

19  By: William J. Robinson (Bar No. 83729)   By: Charles K. Verhoeven
        Victor de Gyarfas (Bar No. 171950)        David A. Perlson
20      Grant E. Kinsel (Bar No. 172407)          Deepak Gupta
21      FOLEY & LARDNER LLP                       QUINN EMANUEL URQUHART
        2029 Century Park East, 35th Floor        OLIVER & HEDGES, LLP
22      Los Angeles, California 90067             50 California Street, 22nd Floor
        Telephone: (310) 277-2223                 San Francisco, California 94111
23      Facsimile: (310) 557-8475                 Telephone: (415) 875-6600
                                                  Facsimile: (415) 875-6700

50750/2121537.1
Stipulation and *[Proposed]* Order Regarding Obviousness Summary Judgment Schedule
Case No. CV 03-5085 WWS

| | |
|---|---|
| Kenneth S. Klein (Bar No. 129172)<br>FOLEY & LARDNER LLP<br>402 W. Broadway, Suite 2100<br>San Diego, California 92101<br>Telephone: (619) 234-6655<br>Facsimile: (619) 234-3510 | Evette D. Pennypacker<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 620-4500<br>Facsimile: (650) 620-4555 |
| Scott H. Kaliko, *Pro Hac Vice*<br>KALIKO & YEAGER, LLC<br>500 N. Franklin Turnpike<br>Ramsey, New Jersey 07446<br>Telephone: (201) 831-0575 | Attorneys for Defendants |

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 29th day of May, 2007.

*/s/ William W. Schwarzer*
Honorable William W. Schwarzer
United States District Judge
Northern District of California

50750/2121537.1
Stipulation and *[Proposed]* Order Regarding Obviousness Summary Judgment Schedule
Case No. CV 03-5085 WWS