QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  David A. Perlson (Bar No. 209502)
  Deepak Gupta (Bar No. 226991)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Evette D. Pennypacker (Bar No. 203515)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 501-5000
Facsimile: (650) 501-5001

Attorneys for Defendants
REALNETWORKS, INC. AND LISTEN.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRISKIT, INC., | CASE NO. 03 05085 (WWS) |
| Plaintiff, | **[PROPOSED] ORDER REGARDING: (1) THE IDENTIFICATION OF NEW WITNESSES BY DEFENDANTS; AND (2) DEFENDANTS' SUBPOENA TO MICROSOFT** |
| vs. | |
| REALNETWORKS, INC., et al., | |
| Defendants. | |

50750/2132033.1

Case No. 03 05085 (WWS)
[PROPOSED] ORDER REGARDING: (1) THE IDENTIFICATION OF NEW WITNESSES BY DEFENDANTS;
AND (2) DEFENDANTS' SUBPOENA TO MICROSOFT

By letter brief dated April 17, 2007 Plaintiff Friskit raised issues concerning Defendants' April 12, 2007 service of Supplemental Initial Disclosures and Defendants' service on April 13, 2007 of a subpoena for the production of documents and a deposition of Microsoft Corporation on April 24 and April 27, respectively. On April 23, 2007, the Court notified the parties it would hold a hearing on Plaintiff's letter brief on April 24 at 10:00 a.m. Defendants responded to Plaintiff's letter brief the evening of April 23, 2007. On April 24, 2007, the Court conducted the telephonic conference concerning the issues raised in the letters. At the April 24, 2007 telephonic conference, Friskit requested an extension of time in which to file its statements of expert testimony due April 27, 2007.

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' request to bar Defendants from calling Anu Kirk and Bob Kimball at trial is granted.

2. Plaintiff's request for a protective order as to Defendants' April 2007 subpoena on Microsoft Corporation is granted. Defendants counsel shall notify Microsoft Corporation of the issuance of the Protective Order.

3. Friskit's request for a two week extension to file its statements of expert testimony due April 27, 2007 is denied without prejudice.

IT IS SO ORDERED.

Dated: _____June 1_____, 2007

WILLIAM W. SCHWARZER
Senior United States District Judge

50750/2132033.1

-2-    Case No. 03 05085 (WWS)
[PROPOSED] ORDER REGARDING: (1) THE IDENTIFICATION OF NEW WITNESSES BY DEFENDANTS; AND (2) DEFENDANTS' SUBPOENA TO MICROSOFT