United States District Court
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRISKIT, INC.,** | NO. C 03-05085 WWS |
|     **Plaintiff,** | ORDER |
|   v. | |
| **REALNETWORKS, INC., et al.,** | |
|     **Defendants.** | |
| _____/ | |

In light of Plaintiff's filing of their Motion to Disqualify RealNetworks, Inc.'s Counsel Howrey LLP,

IT IS HEREBY ORDERED:

    1. Arguments on the motion will be heard on July 5, 2007, 10:00 a.m., Courtroom 14, 450 Golden Gate Avenue, 18th Floor, San Francisco.

    2. The parties shall file briefs in accordance with Civil Local Rules 7-3(a) & (c).

DATED:   June 1, 2007

                                            WILLIAM W SCHWARZER
                                            Senior United States District Judge