William J. Robinson (State Bar No. 83729)
Victor de Gyarfas (State Bar No. 171950)
Grant E. Kinsel (State Bar No. 172407)
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Tel:  310-277-2223; Fax: 310-557-8475

Kenneth S. Klein (State Bar No. 129172)
**FOLEY & LARDNER LLP**
402 W. Broadway, Suite 2100
San Diego, CA 92101-3542
Tel:  619-234-6655; Fax: 619-234-3510

Scott H. Kaliko, *Pro Hac Vice*
**KALIKO & YEAGER, LLC**
500 N. Franklin Turnpike
Ramsey, NJ 07446
Telephone:  (201) 831-0575
scott.kaliko@kalikolaw.com

Attorneys for **FRISKIT, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRISKIT, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**REALNETWORKS, INC.**, a Washington corporation; **LISTEN.COM**, a California corporation,<br><br>Defendants. | Case No:  3:03-cv-05085-WWS<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT EXCEEDING THE LOCAL RULE 7-2 PAGE LIMIT** |

1  Having considered Plaintiff Friskit, Inc.'s Administrative Motion for Leave to File Brief
2 in Opposition to Motion for Summary Judgment Exceeding the Local Rule 7-2 Page Limit, and
3 GOOD CAUSE APPEARING THEREFOR:

4

5 IT IS HEREBY ORDERED THAT,

6  Friskit's Administrative Motion for Leave to File Brief in Opposition to Motion for
7 Summary Judgment Exceeding the Local Rule 7-2 Page Limit is GRANTED.  Friskit is
8 permitted to file a brief in opposition to motion for summary judgment of 30 pages in length.

9
10  Dated:  6/21/07                    /s/ William W. Schwarzer
11                         UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 16, 2007**, I caused the following document: **PLAINTIFF FRISKIT, INC.'S MOTION TO DISQUALIFY DEFENDANT'S COUNSEL HOWREY LLP** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Evette D. Pennypacker<br>evettepennypacker@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>T:      (650) 620-4500<br>F:      (650) 620-4555 | David A. Perlson davidperlson@quinnemanuel.com<br>Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>Deepak Gupta deepakgupta@quinnemanuel.com<br>QUINN EMANUEL URQUHART OLIVER AND HEDGES LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>T:      (415) 875-6600<br>F:      (415) 875-6700 |

Dated: June 16, 2007                       /s/s Victor de Gyarfas