| | |
|---|---|
| FOLEY & LARDNER LLP<br>  William J. Robinson (Bar No. 83729)<br>  Victor de Gyarfas (Bar No.171950<br>  Grant E. Kinsel (Bar No. 172407)<br>2029 Century Park East, 35th Floor<br>Los Angeles, California 90067-3021<br>Telephone: (310) 277-2223<br>Facsimile: (310) 557-8475 | QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  David Perlson (Bar No. 209502)<br>  Deepak Gupta (Bar No. 226991)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
|   Kenneth S. Klein (Bar No. 129172)<br>402 W. Broadway, Suite 2100<br>San Diego, California 92101-3542<br>Telephone: (619) 234-6655<br>Facsimile: (619) 234-3510 |   Evette D. Pennypacker (Bar No. 203515)<br>555 Twin Dolphin Drive<br>Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| KALIKO & YEAGER, LLC<br>  Scott H. Kaliko, *Pro Hac Vice*<br>500 N. Franklin Turnpike<br>Ramsey, NJ 07446<br>Telephone: (201) 831-0575 | Attorneys for Defendants<br>REALNETWORKS, INC. AND LISTEN.COM |
| Attorneys for Plaintiff<br>FRISKIT, INC. | |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>REALNETWORKS, INC., et al.,<br><br>        Defendants. | Civil Action No. CV 03-5085-WWS<br><br>**STIPULATION AND** *[PROPOSED]*<br>**ORDER TO ADMIT PRESENTATION**<br>**EQUIPMENT IN CONNECTION WITH**<br>**HEARING ON DEFENDANTS' MOTION**<br>**FOR SUMMARY JUDGMENT**<br><br>**Judge: Honorable William W. Schwarzer** |

WHEREAS, a hearing on Defendants' Motion for Summary Judgment of Invalidity is scheduled for July 10, 2007;

WHEREAS, counsel for the parties require and plan to share use of certain presentation equipment to conduct the hearing;

NOW THEREFORE, by and through their respective counsel of record, the parties hereby stipulate that counsel for the parties, including Defense counsel's assistant Jim Grossell, be permitted to move the following equipment into and out of the Court on July 9 and 10, 2007 for a hearing in this matter on July 10, 2007:

(a) Projection Screen

(b) Notebook computer;

(c) LCD Projector & case;

(d) Audio-visual equipment cart;

(e) Various cables, cords and power strips, electrical tape, etc.

**IT IS SO STIPULATED:**

By: /s/ Victor de Gyarfas
    William J. Robinson (Bar No. 83729)
    Victor de Gyarfas (Bar No. 171950)
    Grant Kinsel (Bar No. 172407)
    FOLEY & LARDNER, LLP
    2029 Century Park East, 35th Floor
    Los Angeles, California 90067-3021
    Telephone: (310) 277-2223
    Facsimile: (310) 557-8475

    Kenneth S. Klein (Bar No. 129172)
    FOLEY & LARDNER, LLP
    402 W. Broadway, Suite 2100
    San Diego, California 94111-5858
    Telephone: (619) 234-6655
    Facsimile: (619) 234-3510

    Scott H. Kaliko, *Pro Hac Vice*
    KALIKO & YEAGER, LLC
    500 N. Franklin Turnpike
    Ramsey, NJ 07446
    Telephone: (201) 831-0575

    Attorneys for Plaintiff

By: /s/ David A. Perlson
    Charles K. Verhoeven
    David Perlson
    Deepak Gupta
    QUINN EMANUEL URQUHART OLIVER
    & HEDGES, LLP
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone: (415) 875-6600
    Facsimile: (415) 875-6700

    Evette D. Pennypacker
    QUINN EMANUEL URQUHART OLIVER
    & HEDGES, LLP
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Attorneys for Defendants

1  **IT IS SO ORDERED:**

2  DATED: _____July 6, 2007_____   By: _____[signature: William W. Schwarzer]_____
   The Honorable William W. Schwarzer
3  United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND *[PROPOSED]* ORDER TO ADMIT PRESENTATION EQUIPMENT
Case No. CV 03-5085 WWS                3

**ATTESTATION OF E-FILED SIGNATURE**

I, David A. Perlson, attest that signatory Victor de Gyarfas has read and approved the STIPULATION AND [PROPOSED] ORDER TO ADMIT PRESENTATION EQUIPMENT IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and consents to its filing in this action.

By: /s/ David A. Perlson