IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRISKIT, INC., | NO. C 03-05085 WWS |
| Plaintiff, | ORDER DENYING MOTION TO STRIKE |
| v. | |
| REALNETWORKS, INC., et al., | |
| Defendants. | |
| _____/ | |

Judgment for defendants was entered on July 26, 2007. Notice of appeal was filed on September 24, 2007. On September 19, 2007, Friskit filed three documents:

    1) Notice of filing of plaintiff's claim construction presentation previously provided on July 10, 2007;

    2) Notice of filing of errata to Ex. E to Zellweger declaration;

    3) Notice of lodging of E-version of plaintiff's summary judgment presentation.

Real has moved to strike the three notices of filing.

-1-

Rule 10(e)(2) of the Rules on Appellate Procedure states that "If anything material to either party is omitted . . . from the record [on appeal] by error or accident, the omission . . . may be corrected . . . (B) by the district court."

It appears that a portion of Ex. E, the direct testimony of Dr. Zellweger, was inadvertently omitted from the version of Ex. E previously filed with the court. Nothing new of substance is being added to the record and there is no indication that to correct that omission would prejudice Real.

The substance of the other two items, the claim construction presentation and the electronic version of the Power Point presentation at the summary judgment hearing, had previously been provided to the court. Although it appears that some of the included videos had not been played in court, there is no indication that correcting their omission would prejudice Real.

Accordingly, the motion to strike will be denied.

IT IS SO ORDERED.

DATED: October 23, 2007

WILLIAM W SCHWARZER
Senior United States District Judge

-2-